```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    FORREST A. HAINLINE III # 64166
 2  RENEE A. JANSEN # 215180
    SUSANNE N. GERAGHTY # 218098
 3  50 Fremont Street
    Post Office Box 7880
 4  San Francisco, CA  94120-7880
    Telephone: (415) 983-1000
 5  Facsimile: (415) 983-1200
    susanne.geraghty@pillsburylaw.com
 6
    Attorneys for Plaintiffs
 7  PANDORA JEWELRY, LLC and
    PANDORA SMYKKER USA APS
 8
```

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANDORA JEWELRY, LLC and PANDORA SMYKKER USA APS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT PUKA and PUKA CREATIONS,<br><br>　　　　　　Defendants. | No.  C 04 3809 FMS<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE REQUEST FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL BRIEFING |

　　　　Having reviewed plaintiffs' miscellaneous administrative request for an extension of time in which to submit supplemental briefing, IT IS HEREBY ORDERED that plaintiffs' request is GRANTED.  The deadline for submitting supplemental briefing ordered at the hearing on plaintiffs' default judgment motion is extended from Monday, June 27, 2005 to ~~Friday, July 8, 2005~~. Wednesday, June 29. 2005, 12:00 p.m.

　　　　IT IS SO ORDERED

Dated:  June <u>27</u>, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Hon. Fern M. Smith
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge